**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Louise Guzman f/k/a Louise Denis,<br><br>            Plaintiff,<br><br>   vs.<br><br>Courtyards Owner, LLC, Cardinal Group Management Midwest, Inc.; Asset Living Corporation; Tschetter Sulzer Muccio, P.C.; Victor Lewis Sulzer, Esq.; John Doe; and Central Portfolio Control, Inc.,<br><br>            Defendants. | Case No. 3:25-cv-00740-GPC-BLM<br><br>**ORDER GRANTING DEFENDANT COURTYARDS OWNER, LLC'S *EX PARTE* APPLICATION FOR CLARIFICATION AND TO REOPEN CASE**<br><br>[ECF No. 51] |

Defendant Courtyards Owner, LLC, has sought clarification as to the Court's March 18, 2026, Order. ECF No. 51.

**DISCUSSION**

On March 18, 2026, this Court found—in response to Defendant Tschetter Sulzer Muccio, P.C. and Defendant Victor Lewis Sulzer, Esq.'s (the "Law Firm Defendants") motion to dismiss—that it lacked personal jurisdiction over the Law Firm Defendants. *See* ECF No. 49-1. The Court declined to dismiss the action but granted the alternative relief of transferring the case against the Law Firm Defendants to the District of Colorado. This severance and transfer applied only to the Law Firm

Defendants. *See* ECF No. 49-1, at 13 ("[T]he Court TRANSFERS the action against the Law Firm Defendants to the District of Colorado."). *See also Johnson v. Mitchell*, No. CIV S-10-1968 GEB, 2012 WL 1594203, at *6 (E.D. Cal. May 4, 2012), *report and recommendation adopted*, No. 2:10-CV-1968 GEB GGH, 2012 WL 1979227 (E.D. Cal. June 1, 2012) (severing claims and transferring action only as to defendants over whom the court lacked personal jurisdiction); *Pamplona ex rel. Pamplona v. Hernandez*, No. 08CV2205-IEGBLM, 2009 WL 578578, at *3 (S.D. Cal. Mar. 5, 2009) (same).

The Court did not address potential open questions in this Circuit regarding the availability of partial transfer under 23 U.S.C. § 1631, because neither Plaintiff nor the Law Firm Defendnats opposed the transfer upon a finding of a lack of personal jurisdiction. *See* ECF No. 43-1, at 20-21; ECF No. 47, at 11-12; ECF No. 48, at 9.

While executing the transfer order, this case was administratively closed as to all Defendants. This was in error. The case remains open in this district as to the remaining Defendants: Courtyards Owner, LLC; Cardinal Group Management Midwest, Inc.; Asset Living Corporation; John Doe; and Central Portfolio Control, Inc.

The case has been re-opened, and the Law Firm Defendants have been terminated in the action pending in this district.

## CONCLUSION

IT IS HEREBY ORDERED as follows:

1. The Court CLARIFIES that its March 18, 2026, Order (ECF No. 49-1) severed and transferred only the claims against Defendants Tschetter Sulzer Muccio, P.C. and Victor Lewis Sulzer, Esq. (the "Law Firm Defendants") to the District of Colorado pursuant to 28 U.S.C. § 1631. The Order did not sever, transfer, dismiss, or otherwise dispose of the claims against the remaining Defendants: Courtyards Owner, LLC; Cardinal Group Management Midwest, Inc.; Asset Living Corporation; John Doe; and Central Portfolio Control, Inc.

2

2. All claims against the remaining Defendants shall proceed in this Court in the ordinary course.

**IT IS SO ORDERED.**

Dated: April 6, 2026

Hon. Gonzalo P. Curiel
United States District Judge

3:25-cv-00740-GPC-BLM